IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL MACAHILAS,

      Plaintiff,                       No. CIV S-06-0502 GEB KJM P

   vs.

R.N. TAYLOR, et al.,

      Defendants.           <u>ORDER</u>

_____/

       Plaintiff is a state prison inmate proceeding pro se with a civil rights action. He filed an unopposed request for an extension of time in which to file his opposition to the motion to dismiss and has since filed his opposition. Accordingly, the request for additional time (document 13) is moot; his opposition and defendants' reply to the opposition are deemed timely.

       IT IS SO ORDERED.

DATED: June 20, 2007.

                                              U.S. MAGISTRATE JUDGE

2/mack0502.eot

1