IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL MACAHILAS,

      Plaintiff,                    No. CIV S-06-0502 GEB KJM P

   vs.

R.N. TAYLOR, et al.,

      Defendants.           <u>ORDER</u>

                                /

        On February 22, 2008, the District Court adopted this court's findings and recommendations and denied defendants' motion to dismiss. Under Rule 4(a)(4)(A), a responsive pleading must be filed within ten days after notice of the denial of a motion to dismiss.

        IT IS THEREFORE ORDERED that defendants' answer be filed within ten days of the date of this order.

DATED: April 1, 2008.

_____
U.S. MAGISTRATE JUDGE

2

maca0502.an