IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL MACAHILAS,

      Plaintiff,                       No. CIV S-06-0502 GEB KJM P

   vs.

R.N. TAYLOR, et al.,

      Defendants.           <u>ORDER</u>

_____/

      Defendants have requested an extension of time to file and serve a response to plaintiff's April 22, 2008 motion for leave to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Defendants' request for an extension of time (Docket No. 29) is granted; and

      2. Defendants are granted twenty days from the date of this order in which to file and serve a response to plaintiff's motion (docket no. 27).

DATED: May 9, 2008.

_____
U.S. MAGISTRATE JUDGE

2/mp
maca0502.36